No. 09–1273. ASTRA USA, INC., ET AL. *v.* SANTA CLARA COUNTY, CALIFORNIA. C. A. 9th Cir. [Certiorari granted, 561 U. S. 1057.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Kansas et al. for leave to partici-pate in oral argument as *amicus curiae* and for divided argument

denied. JUSTICE KAGAN took no part in the consideration or decision of these motions.